No. 926. ORME *v.* ORME ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Carl L. Shipley* and *Thomas A. Ziebarth* for petitioner. *Bernard I. Nordlinger* and *Ward H. Oehmann* for respondents. Reported below: —— U. S. App. D. C. ——, —— F. 2d ——.

No. 916. HUCKINS ET AL. *v.* DUVAL COUNTY ET AL. The motion to substitute Farris Bryant in the place of Leroy Collins and Doyle Conner in the place of Nathan Mayo as parties respondent is granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Herman Ulmer* for petitioners. *Richard W. Ervin,* Attorney General of Florida, *Fred M. Burns* and *Robert C. Parker,* Assistant Attorneys General, and *Sid J. White,* Special Assistant Attorney General, for respondents.

No. 929. MURRAY *v.* NEW YORK CENTRAL RAILROAD Co. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Nathan Baker, Bernard Chazen* and *Milton Garber* for petitioner. *Gerald E. Dwyer* for respondent.

No. 430, Misc. PENNSYLVANIA EX REL. DION *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 888, Misc. EASTMAN *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. Reported below: —— F. 2d ——.

No. 1011, Misc. MATTOON *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.